1  **LAW OFFICE OF DAVID A. TORRES**
   Attorney at Law, SBN 135059
2  1318 K Street
   Bakersfield, CA 93301
3  Ph.: (661)326-0857
   Fax.: (661) 326-0936
4  e-mail: lawtorres@aol.com

5  Attorney for Defendant
   JESUS ROJAS-ALVARADO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JESUS ROJAS-ALVARADO,<br><br>　　　　　Defendant, | Case No.: 12-CR-00448 AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE ARRAIGNMENT HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: SHEILA K. OBERTO AND MEGAN A. RICHARDS, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, JESUS ROJAS-ALVARADO by and through his attorney of record, DAVID A. TORRES hereby request that the arraignment hearing date currently set for Wednesday, January 2, 2013, be continued to January 14, 2013, at 1:30 p.m., in Courtroom 8 before Magistrate Judge Barbara A. McAulife.

　　This is a mutual agreement between myself, Assistant United States Attorney Megan A. Richards.   A continuance is needed as I am currently out of the country and will return on January 3, 2013.

　　**The defendant is willing to continue excluding time through the next court**

**appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

Based upon the foregoing, I respectfully request that this matter be Continued to January 14, 2013.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

Dated: December 28, 2012          /s/ David A. Torres
                                  DAVID A. TORRES
                                  Attorney for Defendant
                                  JESUS ROJAS-ALVARADO

Dated: December 28, 2012          /s/ Megan A. Richards
                                  MEGAN A. RICHARDS
                                  Assistant U. S. Attorney

## ORDER

The arraignment hearing date currently set for January 2, 2013, before Magistrate Judge Sheila K. Oberto is continued to January 14, 2013, at 1:30 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.

Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

**Dated:   December 28, 2012**          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE